No. 4363.—Moscoso, apldo. *v.* Manjón, demandado y Ortiz Lebrón, interventor-aplte.—C. D. Ponce. ■■■■■■
■■■■■■ Abril 23, 1929.

Por cuanto, en pleito seguido en la Corte de Distrito de Ponce por Ismael Moscoso contra Antonio Manjón el demandante embargó un crédito hipotecario de su demandado para asegurar la efectividad de la sentencia que se dictase a su favor;

Por cuanto, en otro pleito seguido en la Corte de Distrito de los Estados Unidos para Puerto Rico por Nicolás Ortiz Lebrón contra el mismo Manjón recayó sentencia condenatoria y para su cumplimiento por no haber prestado fianza el demandado para su apelación fué embargado el crédito hipotecario antes mencionado;

Por cuanto, fundándose Ortiz Lebrón en ese embargo solicitó de la Corte de Distrito de Ponce que le permitiera intervenir en ese pleito de Moscoso contra Manjón y habiéndosele negado esa solicitud interpuso esta apelación, cuya vista tuvo lugar el 3 de febrero último y pende de resolución;

Por cuanto, después de vista la apelación nos ha presentado el demandado Manjón solicitud para que desestimemos esta apelación, alegando que es académica su decisión porque la sentencia que sirvió de fundamento a Ortiz Lebrón para embargar a Manjón el crédito hipotecario que antes le había embargado Moscoso y para solicitar intervenir en el pleito de éste fué revocada por la Corte de Circuito de Apelaciones de Boston, y que celebrado un nuevo juicio ha recaído veredicto a favor del demandado, lo que acredita con certificación del secretario de dicha corte;

Por cuanto, habiendo sido revocada la sentencia que sirvió de fundamento a Ortiz Lebrón para el embargo hecho a

Manjón, como consecuencia del cual solicitó intervención en este pleito y ha establecido esta apelación por haberle sido negada esa intervención, resulta académico resolver si él tiene derecho a tal intervención;

Por cuanto, el hecho de que Ortiz Lebrón pueda apelar de la sentencia que se dicte como consecuencia del veredicto rendido por un jurado en el pleito a favor de Manjón no puede afectar este caso porque una revocación no produciría el efecto de dar vida a la sentencia que produjo el embargo que sirve de base a la petición de intervención cuya negativa motiva este recurso;

Por cuanto, el hecho de que la moción de desestimación se haya presentado después de vista la apelación en este caso no es obstáculo para que la desestimemos,

Por tanto, debemos desestimar y desestimamos por académica la presente apelación.

El Juez Presidente Señor del Toro no intervino.